JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: andrea.martinez@usdoj.gov

FILED
U.S. DISTRICT COURT
2017 OCT 10  ᗧ 2: 53
DISTRICT OF UTAH
BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TRAVIS WERNER FRITZSCHING, Defendant. | FELONY INFORMATION COUNT I: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), Possession of Child Pornography. Case: 2:17-cr-00590 Assigned To : Waddoups, Clark Assign. Date : 10/10/2017 Description: USA v. Fritzsching |
|---|---|

The United States Attorney charges:

**COUNT I**
18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

Beginning on or about April 29, 2015 and continuing to November 23, 2015, in the Central Division of the District of Utah,

TRAVIS WERNER FRITZSCHING,

the defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of a violation of 18 U.S.C. § 2252A, as alleged in Count I of this Information, the above-named defendant shall forfeit to the United States, (i) any visual depiction described in §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Blackberry cell phone, Model 9530
- LG cell phone, Model: LG-D959
- Huawei cell phone, Model M865

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.§ 2253(b) and 28 U.S.C. § 2461(c).

Dated this 10th day of October, 2017.

JOHN W. HUBER
United States Attorney

/s/ Andrea T. Martinez

ANDREA T. MARTINEZ
Assistant United States Attorney