Joseph Jardine, USB No. 8889
Peter D. Goodall, USB No. 9718
**JARDINE LAW OFFICES, P. C.**
140 North Union Avenue, #205
Farmington, UT 84025
Email: info@jlodefense.com
Telephone: 801.451.9555
Fax: 801.451.7581
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| Plaintiff, | |
| v. | |
| TRAVIS FRITZSCHING, | Case No. 2:17-CR-00590-CW |
| Defendant. | JUDGE CLARK WADDOUPS |

Defendant, Travis Fritzsching, by and through Counsel, Joseph Jardine, and pursuant to and in compliance with DUCrimR 12-1(h) hereby moves to continue the sentencing hearing in the above-captioned case. A sentencing hearing is presently scheduled for February 22, 2018, at 2:30 pm.

On December 12, 2017, both Defendant and Counsel herein met with Amy Williamson, who has been assigned to prepare the presentence report in the above-captioned case. During the presentence interview, it became apparent that there were multiple mental health evaluations and treatment records that she had yet to receive and review. This case was first filed in 2015 and Lynn Donaldson represented Defendant. Mr. Donaldson spent several months ordering competency evaluations, psychological evaluations, IQ testing, and a psycho-sexual evaluation

before Counsel herein was retained to represent Mr. Fritzsching's interests. Amy Williamson was not aware of this testing or of the consequent treatment and counselling regimen Defendant has undergone since March, 2017. Amy Williamson initially suggested that a continuance of sentencing would be helpful as she compiled this information. Counsel herein tends to agree. Defendant, through Counsel, requests a thirty-day continuance.

Andrea Martinez, Counsel for the Government has stipulated by email to this request.

RESPECTFULLY SUBMITTED this 21st day of December, 2017.

JARDINE LAW OFFICES, P.C.

By: */s/ Joseph Jardine USB 8889*
Joseph H. Jardine
Attorneys for Defendant
140 North Union Avenue, #205
Farmington, UT 84025
Email: info@jlodefense.com
Telephone: 801.451.9555
Fax: 801.451.7581

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 21st, 2017, a true and correct copy of the foregoing Motion was served via electronic filing to the following:

ANDREA MARTINEZ
US ATTORNEY'S OFFICE (UT)
111 South Main St., Ste 1800
Salt Lake City, UT 84111

                                                              /s/ Lorena Escobar
                                                               Legal Assistant